PEOPLE OF PORTO RICO, Plaintiff and Appellee, *v.* AURELIO VÁZQUEZ, Defendant and Appellant.

No. 3947. Argued January 24, 1930.—Decided January 31, 1930.

A. Reyes Delgado, for appellant.  R. A. Gómez, for appellee.

MR. JUSTICE HUTCHISON delivered the opinion of the court.

Aurelio and Rafael Vázquez were prosecuted upon a complaint for aggravated assault and battery which set forth the facts as follows:

"That on May 5, 1929, at 9 p. m. and in the ward of Bartolo in the Municipal Judicial District of Lares, which forms part of the Judicial District of Aguadilla, Porto Rico, the said defendants, then and there, wilfully and maliciously and with intent of inflicting grave bodily harm on the person of Francisco Muñiz, a human being, assaulted and battered him, shooting at him from behind with a shotgun. Some of the shot penetrated his skin. The defendant Rafael Vázquez was the one who fired on complainant, and the other defendant accompanied Rafael Vázquez."

In the municipal court, Rafael Vázquez was acquitted. Aurelio Vázquez was twice convicted, first in the municipal court, and later, after a trial *de novo,* in the district court. As to him, the complaint does not charge the commission of any offense.

The judgment appealed from must be reversed.

Mr. Justice Aldrey took no part in the decision of this case.